# United States District Court
## *Southern District of Georgia*

Trustgard Insurance Company

_____
Plaintiff

v. Alson Daniels, PNC Bank, N.A.
and Wilmington Trust Company

_____
Defendant

Case No. 4:19-cv-00130-RSB-CLR

Appearing on behalf of

Alston Daniels
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __4th__ day of __March__, __2020__.

*Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Edward Eshoo, Jr. |
| Business Address: | Merlin Law Group |
| | Firm/Business Name |
| | 181 West Madison, Suite 3475 |
| | Street Address |
| | Chicago    IL    60602 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 312/260-0806 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | eeshoo@merlinlawgroup.com |